IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARILYN HOWARD, | ) | CASE NO.  1:06CV2821 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| | ) | |
| WELLS FARGO BANK MINNESOTA, NA | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

The Court has been advised the action has settled.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.  It shall be marked settled and dismissed, with prejudice, each party to bear its own costs.  The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

The Parties will file an appropriate dismissal entry once settlement is finalized

IT IS SO ORDERED.

FILED

MAR 31 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND
March 31, 2008

CHRISTOPHER A. BOYKO
United States District Judge